UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

APARICIO GUTIERREZ-SANCHEZ,            Petitioner

VS

UNITED STATES OF AMERICA,              Respondent

Civil Docket No.  05-10499-NG

Place of Confinement: F.C.I. Fort Dix, New Jersey 08640

**MOTION TO WITHDRAW PETITIONER'S §2255 MOTION TO
VACATE, SET ASIDE, OR CORRECT A SENTENCE BY A PERSON IN FED-
ERAL CUSTODY**

NOW COMES, the petitioner herein, hereby, declares under penalty of perjury that the foregoing motion is true and correct to the best of the petitioners knowledge and understanding.

The petitioner, respectfully request that this Honorabl Court grant this motion to withdraw his prior motion caption §2255. He request that this be done without prejudice in ord to preserve his right's to refile within the next 60 days, f reasons of research and more evidence to support his claims. He asserts that the previous motion was improperly filed with lacking evidence and information to support his claims. Through diligence and research he has found new and more

supporting grounds for his §2255 motion and would only like the opportunity to exert them. However, if the Court does not grant such request, than petitioner would ask the court for the opportunity to Amend the §2255 motion.

**Wherefore,** the petitioner prays that this Honorable Court grant him all that he seeks for which he may be entitled to.

Executed on this 22 day of August 2005.

                               Respectfully Submitted,

                               Aparicio Gutierrez-Sanchez

CERTIFICATE OF SERVICE

I, the petitioner herein hereby certifies that one true and correct copy of the foregoing motion has been sent to The United States Attorney's Office for the District of Massachusetts in C/O Willian D. Weinreb Assistant U.S. Attorney. I further certify that the original and two (2) true and correct copies have been sent to the Clerk of Court for the U.S. District COurt for The District of Massachusetts.

Executed on this 22 day of August 2005.

Respectfully Submitted,

Aparicio Gutierrez-Sanchez